```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES SECURITIES           :
AND EXCHANGE COMMISSION,
                                   :
              Plaintiff,               03 Civ. 2742 (JGK)(HBP)
                                   :
    -against-                          ORDER
                                   :
DAVID A. ZWICK, TODD J. COHEN
and TERENCE J. O'DONNELL,           :

              Defendants.          :
-----------------------------------X
```

PITMAN, United States Magistrate Judge:

A tape-recorded conference call having been held on October 5, 2004 during which various discovery and scheduling issues were discussed, after hearing counsel for all parties, for the reasons stated during the course of the call, it is hereby ORDERED that:

    1. Defendant Cohen's application to make a formal motion to compel disclosure of the notes of the Shen proffer session is granted. The moving papers shall be served and filed no later than October 14, 2004. Opposition papers shall be served and filed no later than October 29, 2004. Reply papers shall be served and filed no later than November 4, 2004. All papers shall be served by personal delivery, fax, e-mail or overnight delivery.

    2. No later than October 8, 2004 all interested counsel shall submit letter briefs to my chambers

concerning defendant Cohen's application to compel Postal Inspector Feeney to testify concerning statements made during the Shen proffer. The letter briefs shall be double-spaced and can be transmitted to my chambers by fax ((212) 805-6111).

3. Defendant Zwick's application to reopen discovery for limited purposes is denied.

4. Defendant Zwick is directed to serve his response to plaintiff's second request for production of documents no later than October 7, 2004.

Dated:  New York, New York,
        October 6, 2004

                                        SO ORDERED

                                        HENRY PITMAN
                                        United States District Court

Copies faxed to:

Arthur S. Lowry, Esq.
Securities & Exchange Commission
450 Fifth Street, N.W.
Mail Stop 911
Washington, D.C.  20549

Lawrence Iason, Esq.
Morvillo, Abramowitz, Grand,
  Iason & Silberberg, P.C.
565 Fifth Avenue
New York, New York  10017

Michael S. Sommer, Esq.
McDermott, Will & Emery
50 Rockefeller Plaza
New York, New York  10020


Allan M. Lerner, Esq.
2888 East Oakland Park Boulevard
Fort Lauderdale, Florida   33306

Michael Cinque, Esq.
United States Postal
  Inspection Service
P.O. Box 555
New York, New York   10116-0555