USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

- against -

DAVID A. ZWICK, TODD J. COHEN, and TERRENCE J. O'DONNELL,

        Defendants.

03 Civ. 2742 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court will hold a conference on **May 26, 2006** at **11:00 a.m.** to consider the parties' correspondence on the question of whether the defendants should be permitted to amend the Joint Pre-Trial Order to include the NASD documents. In preparation for that hearing, the defendants should designate and number the specific NASD documents that they seek to add to the Joint Pre-Trial Order and also identify any other relevant NASD documents that may already have been listed. The defendants should provide the SEC and the Court with a set of the documents at issue.

    Trial is set in this case for **July 10, 2006**.

SO ORDERED.

Dated: New York, New York
       May 18, 2006

                                     John G. Koeltl
                              United States District Judge

1