```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

- against -

DAVID A. ZWICK, TODD J. COHEN, and
TERRENCE J. O'DONNELL,

                Defendants.

---

03 Civ. 2742 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff is requested to provide the Court promptly with another copy of Plaintiff's Exhibit 154A.

SO ORDERED.

Dated: New York, New York
       February 13, 2007

                                       John G. Koeltl
                               United States District Judge